# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fredy J. Hernandez,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Charles L. Ryan, *et al.*,<br><br>　　　　　Defendants. | No. CV-19-04885-PHX-JJT (ESW)<br><br>**ORDER** |

　　　　On April June 7, 2021, Magistrate Judge Eileen S. Willett made her Amended Report and Recommendation ("R&R") (Doc. 173) that the Court dismiss without prejudice Defendants Trevino, Larson and Moody from Plaintiff's First Amended Complaint (Doc. 117) for failure to timely serve pursuant to Fed. R. Civ. P. 4(m). No objection or response was filed.

　　　　IT IS THEREFORE ORDERED adopting the R&R at Doc. 173.

　　　　IT IS FURTHER ORDERED dismissing without prejudice Defendants Trevino, Larson and Moody.

　　　　Dated this 11th day of January, 2022.

　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge